FILED 01 JUL '25 12:41 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00284 -AB |
| v. | INDICTMENT |
| JULIE MIKELA WINTERS, | 18 U.S.C. §§ 111(a)(1), (b) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**Attempted Assault of a Federal Officer with a Deadly or Dangerous Weapon**
(18 U.S.C. §§ 111(a)(1), (b))

On or about June 24, 2025, in the District of Oregon, defendant **JULIE MIKELA WINTERS,** did intentionally and forcibly attempt to cause and/or inflict bodily injury to AV1, a person designated by 18 U.S.C. § 1114, to wit: a federal protective service officer, with a dangerous and/or deadly weapon and AV1 was engaged in official duties.

In violation of Title 21, United States Code, Sections 111(a)(1), (b).

//
//
//
//
//

## COUNT 2
## Intimidating a Federal Officer
## (18 U.S.C. §§ 111(a)(1), (b))

On or about June 24, 2025, in the District of Oregon, defendant **JULIE MIKELA WINTERS**, did intentionally and forcibly intimidate person(s) designated by 18 U.S.C. § 1114, to wit: federal protective service officer(s), with a dangerous and/or deadly weapon, engaged in official duties.

In violation of Title 21, United States Code, Sections 111(a)(1), (b).

Dated: July ___, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney