# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,　　　　　　Case No.:　3:25-cr-00284-AB

v.　　　　　　　　　　　　　　　　　　DETENTION ORDER
　　　　　　　　　　　　　　　　　　　(Violation of Pretrial Release)
JULIE MIKELA WINTERS


After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1.　　☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
　　　☐ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
　　　☒ the defendant stipulates he/she violated a condition of release, *and*

2.　　☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
　　　☒ defendant is unlikely to abide by any condition or combination of conditions of release.

Dated:　August 25, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ Youlee Yim You
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


DETENTION ORDER (Pretrial Release Violation)