SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00284-MTK |
| | 3:25-cr-00390-MTK |
| v. | |
| | ADDENDUM TO THE PLEA |
| JULIE WINTERS, | AGREEMENT LETTERS |
| Defendant. | |

On October 2, 2025, the defendant pled guilty to Count 2 in 3:25-cr-00284-MTK and Count 2 in 3:25-cr-00390-MTK. Prior to pleading guilty, the defendant was released from custody over the government's objection. Subsequently, the government orally proposed to amend the Plea Agreement Letter in both cases before the defendant engaged in a plea colloquy. (ECF #: 47 in 3:25-cr-00284-MTK and ECF #: 16 in 3:25-cr-00390-MTK). The defendant orally agreed to accept the proposed amendments. The government now files this addendum to the plea

agreement letter to memorialize the changes. Defense counsel, Benjamin Anderson, stated Defendant does not object to this addendum.

The agreed upon addendum adds the condition that if the defendant violates the terms of her pretrial release, the defendant breached the plea agreement and the government is relieved of its obligations under the plea agreement letter in both cases. Further, the defendant may not withdraw her guilty pleas. If the defendant violates the terms of her pretrial release conditions, the government would allow the government to increase its sentencing recommendation, agreements to the sentencing guidelines, not recommend reductions under 18 U.S.C. § 3553(a) and/or dismissal of any other charges, among other promises contained in the plea agreement letters.

The defendant knowingly and voluntarily agreed to include these changes to the plea agreement letter and moved forward with the amended plea agreements.

Dated: October 20, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney